**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**CHOLLA PETROLEUM, INC.** **PLAINTIFF**

**V.** **CASE NO. 2:16-CV-02051 PKH**

**ROSS EXPLORATIONS, INC.** **DEFENDANTS**
**and TIM R. SMITH**

# STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the parties pursuant to Rule 41 of the Federal Rules of Civil Procedure, and in accordance with the terms of a settlement agreement which has been reached by the parties stipulate to the dismissal of this case with prejudice.

Respectfully submitted,

By: /s/ Robert M. Honea
Robert M. Honea
ABA #: 83089
HARDIN, JESSON & TERRY, PLC
P.O. Box 10127
Fort Smith, AR 72917-0127
(479) 452-2200
honea@hardinlaw.com

*ATTORNEYS FOR PLAINTIFF*

By: /s/ C. Michael Daily
C. Michael Daily
ABA #: 2005223
DAILY & WOODS
P.O. Box 1446
Fort Smith, AR 72902
(479) 782-0361
mdaily@dailywoods.com

*ATTORNEYS FOR DEFENDANTS*