IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHOLLA PETROLEUM, INC. PLAINTIFF

V. 2:16CV2051

ROSS EXPLORATIONS, INC. DEFENDANT

**CLERK'S ORDER OF DISMISSAL PER STIPULATION**

The parties have filed a Joint Stipulation of Dismissal (document #15) pursuant to Rule 41, Federal Rules of Civil Procedure.

IT IS ORDERED that all claims of all parties are hereby dismissed with prejudice.

AT THE DIRECTION OF THE COURT
DOUGLAS F. YOUNG, CLERK

By: /s/ Laura L. Wolfe
Deputy Clerk